No. 86–1836. NEW YORK STATE CLUB ASSN., INC. *v.* CITY OF NEW YORK ET AL. Ct. App. N. Y. [Probable jurisdiction noted, *ante*, p. 812.] Motion of NOW Legal Defense and Education Fund et al. for leave to file a brief as *amici curiae* granted.

No. 86–2000. UNITED STATES *v.* KOZMINSKI ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 894.] Motion of International Society for Krishna Consciousness of California, Inc., for leave to file a brief as *amicus curiae* granted.

No. 86–2037. LANDERS *v.* NATIONAL RAILROAD PASSENGER CORPORATION ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 962.] Motion of respondents for divided argument denied.

No. 86–7059. PATTERSON *v.* ILLINOIS. Sup. Ct. Ill. [Certiorari granted, *ante*, p. 895.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–354. ARIZONA *v.* ROBERSON. Ct. App. Ariz. [Certiorari granted, *ante*, p. 975.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 87–82. FEDERAL DEPOSIT INSURANCE CORPORATION *v.* MALLEN ET AL. D. C. N. D. Iowa. [Probable jurisdiction noted, *ante*, p. 911.] Motion for appointment of counsel granted, and it is ordered that Mary E. Curtin, Esq., of Minneapolis, Minn., be appointed to serve as counsel for appellee James Mallen in this case.

No. 87–328. RILEY, DISTRICT ATTORNEY OF THE TENTH PROSECUTORIAL DISTRICT OF NORTH CAROLINA, ET AL. *v.* NATIONAL FEDERATION OF THE BLIND OF NORTH CAROLINA, INC., ET AL. C. A. 4th Cir. [Probable jurisdiction noted, *ante*, p. 911.] Motion of Independent Sector et al. for leave to file an out-of-time motion to participate in oral argument as *amici curiae* and for divided argument denied.